O-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111).

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Diane P. | U.S. Court of Appeals, 7th Cir | 05/15/2004 |

| 4. Title *(Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. Circuit Judge (Active) | 5. Report Type (check type) <br><br> ___ Nomination, Date ___ / / ___ <br><br> ___ Initial  X Annual  ___ Final | 6. Reporting Period <br> 01/01/2003 <br> to <br> 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 2602 U.S. Courthouse <br><br> 219 South Dearborn Street <br><br> Chicago, Illinois 60604-1803 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Senior Lecturer in Law | The University of Chicago Law School |
| 2 | | |
| 3 | | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2003 | University of Chicago Salary (Total) | 23,205.00 |
| 2 | 2003 | West Publishing Company-West Group (Book Royalties) | 6,360.00 |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | American Law Institute | 2/5/03 to 2/7/03 - Project Meeting, Philadelphia, PA - T,L,F |
| 2 | Beloit College | 2/7/03 to 2/8/03 - Trustees' Meeting, Beloit, WI - L,F |
| 3 | American Enterprise Institute | 4/21/03 to 4/22/03 - Seminar, Washington, DC - T,L,F |
| 4 | Beloit College | 4/25/03 to 4/26/03 - Trustees' Meeting, Beloit, WI - L,F |
| 5 | Georgetown University | 5/16/03 to 5/18/03 - Honorary Degree, Washington, DC - T,L,F |
| 6 | European Policy Centre | 6/10/03 to 6/13/03 - Seminar, Brussels, Belgium - T,L,F |
| 7 | University of San Diego | 6/28/03 to 7/31/03 - Teaching, Paris, France - T,L,F |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | Union League Club of Chicago | Reduced Fee Membership | $ 1716.00 |
| 2 | West Publishing Company | Complimentary 2d Set of F.3d | $ 2184.00 |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | |
|---|---|
| Wood, Diane P. | 05/15/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Teachers Insurance & Annuity Assn (TIAA) | | None | M | T | | | | | |
| 2 College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3 Harris Bank of Chicago | A | Interest | J | T | | | | | |
| 4 Charter One Bank | A | Interest | J | T | N/A | | J | A | |
| 5 *Annual Report-See Sec VIII | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

1. The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in. The gain noted in Part VII, Column D4 reflects the appreciation or depreciation in each account for Calendar Year 2003.

SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  4. REIMBURSEMENTS (cont'd.)

| Line | Source | Description |
|---|---|---|
| 8 | ABA Section of Antitrust | 8/13/03 to 8/15/03 - Meeting, Vancouver, BC, Canada - T,L,F |
| 9 | Analysis Group   10/1/03 - Seminar, Washington, DC - T,F | |
| 10 | Cordell Hull Institute    10/17/03 to 10/17/03 - Seminar, Washington, DC - T,F,L (1 Night) | |
| 11 | American Law Institute    10/22/03 to 10/24/03 - Council Meeting, New York, NY - T,F,L | |
| 12 | American Society of International Law    10/31/03 to 11/1/03 - Judicial Outreach Meeting, Washington, DC - T,F,L | |
| 13 | Trade Law Centre of South Africa    11/4/03 to 11/10/03 - Seminars, Pretoria & Stellenbasch, South Africa, T,F,L | |
| 14 | Assoc. of Bar of City of New York    12/8/03 to 12/9/03 - Seminar, New York, NY - T,F,L | |
| 15 | American Law Institute    12/11/03 to 12/12/03 - Council Meeting, Philadelphia, PA - T,F,L | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Diane P. | 05/15/2004 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signatur            Date __8/12/04__

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

| 1. Person Reporting *(Last name, first, middle initial)* Wood, Diane P. | 2. Court or Organization U.S. Court of Appeals, 7th Cir | 3. Date of Report 05/15/2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. Circuit Judge (Active) | 5. Report Type (check type) ___ Nomination, Date ___/___/___ ___ Initial  X Annual  ___ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 2602 U.S. Courthouse 219 South Dearborn Street Chicago, Illinois 60604-1503 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | **NONE** (No reportable positions.) | |
| 1 | Senior Lecturer in Law | The University of Chicago Law School |
| 2 | | |
| 3 | | |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | **NONE** (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | **NONE** (No reportable non-investment income.) | | |
| 1 | 2003 | University of Chicago Salary (Total) | 23,205.00 |
| 2 | 2003 | West Publishing Company-West Group (Book Royalties) | 6,360.00 |
| 3 | | | |
| 4 | | | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED May 19 11 56 AM '04

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | American Law Institute | 2/5/03 to 2/7/03 - Project Meeting, Philadelphia, PA - T,L,F |
| 2 | Beloit College | 2/7/03 to 2/8/03 - Trustees' Meeting, Beloit, WI - L,F |
| 3 | American Enterprise Institute | 4/21/03 to 4/22/03 - Seminar, Washington, DC - T,L,F |
| 4 | Beloit College | 4/25/03 to 4/26/03 - Trustees' Meeting, Beloit, WI - L,F |
| 5 | Georgetown University | 5/16/03 to 5/18/03 - Honorary Degree, Washington, DC - T,L,F |
| 6 | European Policy Centre | 6/10/03 to 6/13/03 - Seminar, Brussels, Belgium - T,L,F |
| 7 | University of San Diego | 6/28/03 to 7/31/03 - Teaching, Paris, France - T,L,F |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | Union League Club of Chicago | Reduced Fee Membership | $ 1716.00 |
| 2 | West Publishing Company | Complimentary 2d Set of F.3d | $ 2184.00 |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Wood, Diane P.

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Teachers Insurance & Annuity Assn (TIAA) | A | None | M | T | Premium | * | J | D | |
| 2 College Retirement Equities Fund (CREF) | A | None | N | T | Premium | * | L | F | |
| 3 Harris Bank of Chicago | A | Interest | J | T | | | | | |
| 4 Charter One Bank | A | Interest | J | T | N/A | | J | A | |
| 5 *Annual Report-See Sec VIII | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

1.  The TIAA and CREF accounts reported in Part VII are not income-producing.  The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.  The gain noted in Part VII, Column D4 reflects the appreciation or depreciation in each account for Calendar Year 2003.

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 4. REIMBURSEMENTS (cont'd.)

| Line | Source | Description |
|---|---|---|
| 8 | ABA Section of Antitrust | 8/13/03 to 8/15/03 - Meeting, Vancouver, BC, Canada - T,L,F |
| 9 | Analysis Group | 10/1/03 - Seminar, Washington, DC - T,F |
| 10 | Cordell Hull Institute | 10/17/03 to 10/17/03 - Seminar, Washington, DC - T,F,L (1 Night) |
| 11 | American Law Institute | 10/22/03 to 10/24/03 - Council Meeting, New York, NY - T,F,L |
| 12 | American Society of International Law | 10/31/03 to 11/1/03 - Judicial Outreach Meeting, Washington, DC - T,F,L |
| 13 | Trade Law Centre of South Africa | 11/4/03 to 11/10/03 - Seminars, Pretoria & Stellenbasch, South Africa |
| 14 | Assoc. of Bar of City of New York | 12/8/03 to 12/9/03 - Seminar, New York, NY - T,F,L |
| 15 | American Law Institute | 12/11/03 to 12/12/03 - Council Meeting, Philadelphia, PA - T,F,L |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signatu                                                     Date  5/13/2004

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544